IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-cv-00608-F

| | |
|---|---|
| AMERIX CORPORATION, )<br>)<br>and )<br>)<br>3C INCORPORATED, )<br>)<br>      Plaintiffs, )<br>  v. )<br>)<br>CONSUMER EDUCATION SERVICES, )<br>INC., )<br>)<br>      Defendant. )<br>) | **ORDER GRANTING MOTION<br>FOR LEAVE TO FILE<br>DOCUMENTS UNDER SEAL** |

Upon consideration of Plaintiffs Amerix Corporation's and 3C Incorporated's (collectively, "Amerix") Motion for Leave to File Documents under Seal, and with the consent of Defendant Consumer Education Services, Inc., and for good cause shown, the Court orders that Amerix is permitted to file under seal the following document: The Supplemental Affidavit of John Mill.

Entered this 20th day of December, 2011.

*/s/ William A. Webb*
William A. Webb
United States Magistrate Judge