UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-608-1F

| | |
|---|---|
| AMERIX CORPORATION and 3C INCORPORATED, ) ) ) | |
| Plaintiffs, ) ) ) | |
| ) | **ORDER** |
| v. ) ) ) | |
| CONSUMER EDUCATION SERVICES, INC., ) ) ) ) | |
| Defendant. ) | |

This matter is before the court *sua sponte*. On February 8, 2012, a hearing was held in regards to the following motions pending before the court: Motion for Preliminary Injunction [DE-10], Motion to Dismiss All Claims Relating to the Consent Decree and to Stay any Remaining Claims [DE-20], and Motion for Temporary Restraining Order [DE-38]. Before the court issued a final decision and associated written order, Plaintiffs filed a Notice of Voluntary Dismissal [DE-45] pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Accordingly, all pending motions before the court are DENIED as moot. The Clerk of Court is directed to close this case.

SO ORDERED.

This the 1st day of March, 2012.

JAMES C. FOX
Senior United States District Judge